# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID JERRI, JR., et al.** <br><br> v. <br><br> **FREDERICK HARRAN, et al.** | **CIVIL ACTION** <br><br> NO.   13-1328 |

## ORDER

**AND NOW**, this 11th day of August, 2014, in this highly contested civil rights case, Plaintiffs each filed a Motion for Reconsideration of this Court's Order of June 5, 2014 (ECF 152) and the accompanying Memoranda of Law (ECF 156-157), as to which the Court held an extensive hearing on June 4, 2014.   ECF 160-161.

After careful consideration of those Motions for Reconsideration and all related briefing, and for the reasons set forth in the accompanying Memorandum, the Court concludes that its prior opinion does not require reconsideration.   Therefore, Plaintiffs' Motions for Reconsideration are **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CAITLIN\CIVIL\13-1328 (JERRI)\2014.8.11 ORDER DENYING MOT TO RECONSIDER.DOCX