IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID JERRI, JR., et al. | CIVIL ACTION |
|---|---|
| v. | NO. 13-1328 |
| FREDERICK HARRAN., et al. | |

## ORDER

**AND NOW** this 4th day of May, 2016, For the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that plaintiff's counsel shall file, within fourteen (14) days, a Memorandum, not more than ten (10) pages (not including any attachments of factual materials from the existing record of the case), plaintiff's contentions on the causation issue identified. Defendants may respond within fourteen (14) days thereafter.

BY THE COURT:

_____
MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 13\13-1328 jerri v. harran\13-1328 Order 05032016.docx