IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID JERRI, JR., et al., <br>      Plaintiffs, <br><br>      v. <br><br> FREDERICK HARRAN., et al., <br>      Defendants. | CIVIL ACTION <br><br> NO. 13-1328 |

## O R D E R

**AND NOW**, this 23rd day of June 2016, after review Defendants' pre-appeal Motion for Summary Judgment (ECF 120), Jerri, Sr.'s Response thereto (ECF 135), Defendants' Reply thereto, (ECF 143), the parties' post-remand statement of contentions (ECF 187, 190, 191), a hearing on the Motion for Summary Judgment (ECF 198), the parties' post-hearing supplemental briefing (ECF 199, 200), and the parties' supplemental briefing pursuant to this Court's May 4, 2016 Order (ECF 204, 205), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 120) is DENIED.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1328 jerri v. harran\13cv1328 Denial SJ 6.21.16.docx